RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 9/3/09
BY ___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| WAYNE FIFI | CIVIL ACTION NO. 09-0372 |
| LA. DOC #413534 | SECTION P |
| VERSUS | JUDGE ROBERT G. JAMES |
| J.B. EVANS CORRECTIONAL CENTER | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS ORDERED, ADJUDGED, DECREED that the plaintiff's civil rights complaint be **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C.,1915A(b)(1).

MONROE, LOUISIANA, this _1_ day of _September_, 2009.

JUDGE ROBERT G. JAMES
UNITED STATES DISTRICT COURT